UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23392-CIV-KING

FELIX LUCIANO CEPEDA and
FATIMA MERCEDES RODRIGUEZ
DE ANICO,

      Plaintiffs,

v.

KATHY A. REDMAN,
District Director, Tampa, Florida;
LINDA SWACINA, District Director,
Miami, Florida;
REX J. FORD, U.S. Immigration Judge,
U.S. D.O.J., EOIR, Miami, Florida;
SHAHEEWA JARRET GELIN, Asst.
Chief Counsel, DHS ICE;
BRET R. RINEHART, CIS
Adj. Officer, Tampa, Florida;
MONICA CERVETTI, CIS,
Adj. Officer, Tampa, Florida,

      Defendants.
_____/

## ORDER DENYING MOTIONS FOR STAY AND TRANSFER OF VENUE AND GRANTING MOTIONS TO DISMISS CERTAIN DEFENDANTS AND FOR ENLARGEMENT OF TIME

**THIS CAUSE** comes before the Court upon four Motions filed by Plaintiffs: (1)

Plaintiffs' Motion for Leave of Court to Stay the Filing of Plaintiffs' Answer to

Defendants' Motions to Dismiss[1] (DE #14), filed January 10, 2011; (2) Plaintiffs' Motion to Dismiss Complaint under Fed.R.Civ.P. 41(a)(2) as to Defendants Swacina, Ford, and Jarrett Gelin (DE #15), filed January 10, 2011; (3) Plaintiffs' Unilateral Motion for Transfer of Venue (DE #16), filed January 10, 2011; and (4) Plaintiffs' Unopposed Motion for a Thirty (30) Day Enlargement of Time to File Plaintiffs' Answer to Defendants' Motion to Dismiss, and File Plaintiffs' Amended Complaint (DE #17), filed January 19, 2011.

The Complaint in the above-styled case asserts constitutional tort claims against a number of federal officials and employees under *Bivens v. Six Unknown Agents of the Fed. Bur. of Narcotics*, 403 U.S. 388 (1971). The allegations in the Complaint stem from alleged misconduct by Defendants during and after Plaintiffs were interviewed at the United States Citizenship and Immigration Services ("USCIS") office in Tampa, Florida. Plaintiff Cepeda, a United States citizen, and Plaintiff Rodriguez, a citizen of the Dominican Republic were married in Tampa, Florida on January 8, 2010. Subsequently, Plaintiff Cepeda filed a Petition for Alien Relative on behalf of Plaintiff Rodriguez. The Petition is the first step toward securing an adjustment of status from that of "alien" to "lawful permanent resident." The interview at USCIS was, at the time Plaintiffs were

---

[1] The full title of the Motion is: Plaintiffs' Motion for Leave of Court to Stay the Filing of Plaintiffs' Answer to the Defendants' Motions to Dismiss and the Plaintiffs' Amended Complaint Pending Disposition of Plaintiffs' Motion to Dismiss Complaint as to Defendants Swacina, Ford, and Jarrett Gelin and Plaintiffs' Unilateral Motion for Transfer of Venue under 28 U.S.C. § 1404(a).

interviewed, part of the adjustment-of-status application process.

On January 6, 2011, Defendants filed two Motions to Dismiss, one on behalf of Defendants sued in an official capacity (DE #12), and one filed on behalf of Defendants sued in an individual capacity (DE #13). In response, Plaintiffs filed three Motions on January 10, 2011. Plaintiffs moved to voluntarily dismiss the Complaint as to Defendants Swacina, Ford, and Jarrett Gelin (DE #15), and to transfer venue to the Middle District of Florida (DE #16). Plaintiffs also moved to stay the filing of their answer to Defendants' Motions to Dismiss pending disposition of their other two Motions (DE #14). Finally, on January 19, 2011, Plaintiffs moved for a thirty-day enlargement of time to respond to Defendants' Motions to Dismiss (DE #17).

The Motions to Dismiss raise a number of jurisdictional issues that must be addressed prior to ruling on Plaintiffs' Motion to Transfer Venue. If the Court lacks jurisdiction, it lacks power to transfer the case to the Middle District of Florida.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

**ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs' Motion for Leave of Court to Stay the Filing of Plaintiffs' Answer to the Defendants' Motion to Dismiss and the Plaintiffs' Amended Complaint **(DE #14)** is **DENIED.**

2. Plaintiffs' Motion to Dismiss Complaint under Fed.R.Civ.P. 41(a)(2) as to

Defendants Swacina, Ford, and Jarrett Gelin **(DE #15)** is **GRANTED**.

3. Plaintiffs' Unilateral Motion for Transfer of Venue under 28 U.S.C. § 1404(a) Due to Changed Circumstances **(DE #16)** is **DENIED, without prejudice** to re-assert, if appropriate, after the Court has ruled on Defendants' Motion to Dismiss.

4. Plaintiffs' Unopposed Motion for a Thirty Day Enlargement of Time to File Plaintiffs' Answer to the Defendants' Motions to Dismiss **(DE #17)** is **GRANTED**. Plaintiffs **SHALL** respond to Defendants' Motions to Dismiss (DE #12, DE #13) by **Monday, February 21, 2011.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of January, 2011.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: *Counsel for Plaintiff*

**Gabriel Jose Carrera**
International Law Office of Gabriel Jose Carrera PA
300 S.E. 14th Street
Suite 100
Fort Lauderdale, FL 33316

(954) 618.0122
Fax: (954) 533.7593
Email: carrera@flalaw.us

## *Counsel for Defendants*

**Milton Aponte**
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami, FL 33132
305-961-9404
Fax: 530-7139
Email: Milton.Aponte2@usdoj.gov

**Sherease Rosalyn Pratt**
US Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
450 5yh Street, NW, Suite 6104
Washington, DC 20044
Email: sherease.pratt@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

5